March 6, 1968

Commonwealth *v.* Ice, Appellant.

Submitted November 13, 1967.
*Jack Ice,* appellant, in propria persona; *Joseph S. Walko,* First Assistant District Attorney, for Commonwealth, appellee.

Order affirmed.